# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCENIA BLOOM, for Stacey R. Johnson; acting under his Full Power of Attorney,<br><br>         Plaintiff,<br> vs.<br>SAN DIEGO COUNTY DISTRICT ATTORNEY; SAN DIEGO POLICE DEPARTMENT,<br><br>         Defendant. | CASE NO. 09cv615 - IEG - WMC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On March 25, 2008, Plaintiff filed a complaint alleging violations of the Civil Rights Act of 1866. (Doc. No. 1.) To initiate a civil suit, Plaintiff must either pay a filing fee of $350 <u>or</u> petition the Court for leave to proceed in forma pauperis. 28 U.S.C. §1914, 1915. If granted in forma pauperis status, Plaintiff would be allowed to proceed without prepayment of the fee. 28 U.S.C. § 1915. Plaintiff has failed to take either action; therefore, the Court dismisses the case without prejudice.

**IT IS SO ORDERED.**

DATED: April 28, 2009

                          _Irma E. Gonzalez_
                          **IRMA E. GONZALEZ, Chief Judge**
                          **United States District Court**